UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LAWRENCE YOUNG,

               Plaintiff,

   -against-                         ORDER

NORTHCENTRAL UNIVERSITY,      20 Civ. 5714 (GBD) (SDA)

               Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: October 1, 2020
       New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         United States District Judge